**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00400-CR**
_____

**STEVEN CRAIG ESKRIDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-03-04553-CR**

_____

**MEMORANDUM OPINION**

On July 13, 2023, the trial court sentenced Steven Craig Eskridge on an indictment for theft. On December 18, 2023, Eskridge filed a notice of appeal pro se.

The District Clerk then sent Eskridge's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification shows that this is a plea-bargain case and that Eskridge has no right to appeal.

1

On December 20, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the trial court's certification was incorrect. Even though Eskridge responded to the Court's notice, his response fails to establish that the trial court's certification that states he has no right to appeal is incorrect. Because the record lacks a certification that shows Eskridge has the right of appeal, we dismiss the appeal.[1] *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 6, 2024
Opinion Delivered February 7, 2024
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1] We note that it appears Eskridge filed a notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 26.2, 26.3.

2